Name: Kenneth Smith

Address: 1933 W. Menchester Ave Los Angeles, CA 90047

Phone: (323) 534-6743

Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY  ASH  DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kenneth Smith

Plaintiff

v.

State of California

Defendant(s).

CASE NUMBER: 2:24cv6725-MCS-(SK)

Civil Rights violation

( Enter document title in the space provided above)

I've been refused employment due to my rece. Their are a high number of Jobs that prohibits African Americans from gaining or obtaining employment simply because I don't speak "spanish". These policies gives (special advantages) to one specific race! However, these practices violates any, and all Equal Protection or Equal opportunity for African Americans. Causing herm to hard working people. I'm seeking compensation for lost wages, And the right to persue Life and Liberty.

Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  Demand $30,000,000.
2  These hiring practices gives rise to
3  racial discrimination on the Job.
4  I have been blatantly and openly
5  Called racial Slurs in Spanish on
6  the Job. These racial Slurs consist of
7  Spanish words such as: "Yantha", and
8  "Mayata" which Translate to "Nigger"
9  or "tire" which is all highly degrading
10 and disrespectful racist. It is my
11 belief that this is and effort by
12 racist Officials to keep racism at
13 the For Front in our Society.

28  _[signature]_                    08/08/2024